RECEIVED
JUL 1 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JAMES EDWARD BELL, SR.** | **CIVIL ACTION NO. 05-1074-P** |
| **VERSUS** | **JUDGE STAGG** |
| **D. PRATT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the Court is a civil action filed by pro se plaintiff James Edward Bell, Sr., pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on June 16, 2005. Plaintiff complains his civil rights were violated during his arrest and subsequent incarceration in Orleans Parish. He names D. Pratt and W. Brown as defendants.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Eastern District of Louisiana, the district in which the alleged cause of action arose. See 28 U.S.C. § 1391.

**IT IS FURTHER ORDERED** that a determination of Plaintiff's pauper status be deferred to the transferee court for resolution and disposition.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _11_ day of July 2005.

_____
**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**

H:\PRO SE\1983\TRANSFER\Bell.trans.IFP.7-05.wpd